United States Bankruptcy Court
District of Maryland

In re:  Case No. 18-16516-MMH
Keith R. Howell  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-1     User: admin     Page 1 of 1
Date Rcvd: Aug 15, 2023     Form ID: defntc     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keith R. Howell, 6120 Dunroming Road, Baltimore, MD 21239-1925 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Brian A. Tucci | ECF@ch13balt.com btucci13@ecf.epiqsystems.com,trusteemdb41@ecf.epiqsystems.com |
| John A. Ansell | john.ansell@brockandscott.com wbecf@brockandscott.com |
| Kim D. Parker | kp@kimparkerlaw.com<br>ecf_notices@kimparkerlaw.com,arc@kimparkerlaw.com,the-law-offices-of-kim-parker-pa-YXDdkaDPp7@mycasemail.com |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.: **18−16516 − MMH**   Chapter: **13**

**Keith R. Howell**
Debtor

# DEFICIENCY NOTICE

DOCUMENT: 72 − Debtor's Affidavit Requesting Discharge. Notice Served on 8/15/2023, Filed by Kim D. Parker. Affidavit Requesting Discharge Objection due by 8/29/2023. (Attachments: # 1 List of All Creditors) (Parker, Kim)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 8/29/23.**

CURE: A correctly dated Certificate of Service on the above pleading must be filed. (Local Bankruptcy Rule 7005−2). Include the names and addresses of all parties served or attach a copy of the mailing matrix.

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

**Sample Certificate of Service: http://www.mdb.uscourts.gov/sites/default/files/FORMS−COS.pdf.**
**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements.**
**Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

Dated: 8/15/23

Mark A. Neal, Clerk of Court
by Deputy Clerk, Lisa Alexander
301−344−3378

cc:   Debtor
      Attorney for Debtor − Kim D. Parker

defntc (rev. 12/12/2016)